ROBERT C. WEEMS (SBN 148156)
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUDI SMITH, | ) |
|     Plaintiff, | ) CIVIL No.: 3:12-cv-00155-EMC |
| vs. | ) STIPULATION AND ORDER TO REOPEN CASE FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that [plaintiff] will be awarded attorney fees in the amount of two-thousand, five-hundred dollars ($2,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to [plaintiff], the Defendant will consider any assignment of EAJA fees to [attorney]. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

    Fees shall be made payable to Ms. Trudi Smith, but if the Department of the Treasury determines that Ms. Trudi Smith does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Mr. Robert C. Weems her attorney, pursuant to

any assignment executed by Plaintiff. Any payments made shall be delivered to Mr. Robert C. Weems, Ms. Trudi Smith's attorney.

It is further stipulated that Defendant will have 15 days from the filing of this motion to respond to Plaintiff's request for fees under 42 U.S.C. § 406(b).

This stipulation constitutes a compromise settlement of [plaintiff's] request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant.

Dated: July 22, 2013

Signed /Robert C. Weems/
ROBERT C. WEEMS
Attorney for Plaintiff, Trudi Smith

Dated: July 22, 2013

Signed /Armand D. Roth/ by e-mail
ARMAND D. ROTH
Special Assistant United States Attorney
    and Attorney for the Defendant

ORDER

PURSUANT TO STIPULATION, THE PARTIES HAVE COMPROMISED ON ISSUEANCE OF ATTORNEY'S FEE UNDER EAJA IN THE AMOUNT OF $2,500.00.  THE CLERK OF COURT IS DIRECTED TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT.

IT IS SO ORDERED.    The hearing on Plaintiff's motion for attorney's fee as to 406b remains on calendar for 9/11/13 at 1:30 p.m.

Dated: July   23  , 2013



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SmithT, EXT.STIP REOPEN
3:12-cv-00155  EMC